## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **MANUEL DELGADO,** | ) No.  06 C 3757 |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **Judge Blanche Manning** |
| **Cook County Deputy Sheriffs WILLIE MAK, #4255,** | ) |
| **CALVIN FIELDS, #3444, MARTIN LOWERY #1825, Cook** | ) **Magistrate Judge** |
| **County Sheriff MICHAEL SHEAHAN, and the COUNTY of** | ) **Jeffrey Cole** |
| **COOK,** | ) |
| | ) |
| **Defendants.** | ) |

### PLAINTIFF DELGADO'S AGREED MOTION FOR ADDITIONAL TIME TO DISCLOSE EXPERT OPINIONS PURSUANT TO FED. R. CIV. P. 26(a)(2)(b)

Plaintiff Delgado, by and through his counsel, respectfully requests an extension of time to name and disclose any FED. R. CIV. P. 26(a)(2)(b) witnesses in this case and states the following in support:

1.  Plaintiff Manuel Delgado filed this action under 42 U.S.C. § 1983 and Illinois law for the physical brutality, false arrest and malicious prosecution he suffered at the hands of the individual Defendant Sheriff Officers Mak, Fields, and Lowery.  In addition to the individual Defendant Sheriff Officers, Plaintiff Delgado sued Sheriff Sheahan in his official capacity and the County of Cook.

2.  On October 31, 2006, the parties appeared before this Honorable Court for an initial status hearing.  At that hearing, this Court adopted the parties' proposed discovery schedule and entered the following discovery deadlines:

> All fact discovery shall be completed by 2/28/2007. Plaintiff shall comply with FRCP(26)(a)(2) by 2/28/07. Plaintiff's experts shall be deposed by 4/16/2007. Defendant shall comply with FRCP(26)(a)(2) by 5/1/07. Plaintiff shall submit any rebuttal expert reports and depose defendants' experts by 6/15/2007. All expert discovery shall be completed by 7/16/2007.

3.  On February 25, 2007, Plaintiff filed a motion to extend time to complete fact discovery and disclose expert witnesses filed.  This motion was granted.

1

4. Subsequently, on April 25, 2007, Defendants filed a motion to extend time to name their expert witnesses and was granted by this Court up to May 29, 2007 to do so.  Defendants subsequently named and disclosed their expert witness.

5. Defendants' motion for an extension of time was set to be heard on May 9, 2007 and the Court set a status in this case for May 8, 2007.  Plaintiff's counsel intended on orally requesting additional time to name and disclose expert witnesses at the status date, however, this Court in grating Defendants' motion struck both the status and motion court dates.

6. Plaintiff's counsel contacted defense counsel who agreed to extend the time for the Plaintiff to name and disclose his expert witnesses.

7. To date, Plaintiff has named three treating physicians as experts pursuant to FED. R. CIV. P. 26(a)(2)(a).  One of these physicians has already been deposed.

8. Plaintiff, however, needs an additional thirty days to potentially name an expert witness and disclose the requisite report pursuant to FED. R. CIV. P. 26(a)(2)(b).

9. In this case, Plaintiff Delgado suffered severe injuries that continue to plague him to this day.  Specifically, Mr. Delgado alleges he was brutally attacked by three Cook County Sheriff Deputy Officers, and as a result of this attack he needed emergency medical treatment and was hospitalized for five days.  Subsequently, Mr. Delgado received and continues to receive ongoing medical treatment for his injuries, including physical therapy which has delayed the development of a final expert opinion in this case.

10. Moreover, an additional test is needed to diagnose one of the remaining injuries. According to both the Plaintiff and Defendants' expert, Mr. Delgado suffered a torn muscle in his left bicep as a result of this incident.  In an attempt to diagnose the precise nature of the injury, Mr. Delgado had an MRI taken of his left shoulder and arm, however, an additional MRI is needed to make an accurate diagnosis.  Due to issues with Plaintiff's medical insurance, he has had difficulty following up with the appropriate medical professionals to have the requisite MRI taken.

11. Plaintiff's counsel is hopeful the follow up MRI will take place in the next few weeks, and with this additional information, Plaintiff can disclose any experts and reports pursuant to FED. R. CIV. P. 26(a)(2)(b) that are necessary in this case.

12.  Plaintiff's counsel Joey L. Mogul contacted defense counsel Romano DiBenedetto who stated his agreement with Plaintiff's request for an extension to name and disclose Plaintiff's expert witness.

13.  The parties are set to appear before Magistrate Judge Jeffrey Cole for a status hearing on June 4, 2007.

WHEREFORE, Plaintiff respectfully requests an extension of time to June 29, 2007 to name and disclose any expert witnesses.

Respectfully submitted,

Dated:  May 29, 2007

/s/ Joey L. Mogul
Joey L. Mogul
People's Law Office
1180 N. Milwaukee
Chicago, IL 60622
(773) 235-0070

Attorney for Plaintiff