# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MANUEL DELGADO, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06 C 3757 |
| v. | ) | Magistrate Judge Jeffrey Cole |
| COOK COUNTY DEPUTY SHERIFFS | ) | |
| WILLIE MAK #4255, CLAVIN FIELDS | ) | |
| #3444, MARTIN LOWERY #1825, COOK | ) | |
| COUNTY SHERIFF MICHAEL | ) | |
| SHEAHAN, and the COUNTY OF COOK, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO ENLARGE THE TIME PERIOD
## IN WHICH TO COMPLETE REBUTTAL EXPERT DISCOVERY

NOW COME Defendants, Officers Mak, Fileds, and Lowery and the Sheriff of Cook County, through their attorney RICHARD A. DEVINE, State's Attorney of Cook County, by his assistant, Romano D. DiBenedetto, pursuant to Federal Rule of Civil Procedure 6(b)(1) and move this Honorable Court to enlarge the time period in which to depose rebuttal expert witnesses. In support, Defendants state:

1. This Court has previously set August 24, 2007 as the date by which depositions of experts are to be taken.

2. On May 8, 2007, Defendants disclosed Dr. Draganich as an expert to be called in their case in chief. In a previous disclosure dated June 29, 2007, Plaintiff disclosed Scott J. Spencer as an expert to be called in his case in chief. Plaintiff also disclosed Dr. Adam W. Bennett as an expert, who might possibly be called only as a rebuttal expert.

3. At the time of the aforementioned Plaintiff's disclosure, Plaintiff requested that Defendants hold off on taking the deposition of Dr. Bennett until the completion of Dr. Draganich's deposition. Plaintiff offered as a reason for delaying Dr. Bennett's deposition the representation of the disclosure of Dr. Bennett possibly being withdrawn, depending upon the testimony of Dr. Draganich. Defendants agreed to Plaintiff's request.

4.	On August 14, 2007, Defendants deposed Spencer; and on August 21, 2007, Plaintiff deposed Dr. Draganich.

5.	As of the date of filing this motion, Plaintiff has not yet advised regarding whether the disclosure of Dr. Bennett is being withdrawn.

6.	In the event that the disclosure of Dr. Bennett is not being withdrawn, Defendants would need additional time during which Dr. Bennett could be deposed.  Moreover, Defendants are also not aware of Dr. Bennett's availability for being deposed.

7.	This case has a status date set for September 27, 2007 before Judge Blanche M. Manning.

WHEREFORE, Defendants, Officers Mak, Fileds, and Lowery and the Sheriff of Cook County, respectfully request that this Honorable Court grant them an enlargement of time, up to and including September 26, 2007, to depose Dr. Adam W. Bennett.

		Respectfully submitted,

		RICHARD A. DEVINE
		State's Attorney of Cook County

	By:	s/Romano D. DiBenedetto
		Romano D. DiBenedetto
		Assistant State's Attorney
		500 Richard J. Daley Center
		Chicago, Illinois 60602
		(312) 603-3304
		#6220301