Order Form (01/2005)
Case 1:06-cv-03757   Document 107   Filed 03/31/08   Page 1 of 1 

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 3757 | **DATE** | 3/31/2008 |
| **CASE TITLE** | Delgado vs. Mak, et al | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: For the reasons stated above and subject to the limitations and explanations noted in this opinion, the Court grants Plaintiff's motions *in limine* A(1), A(2), B, C, and D. No ruling is necessary as to Plaintiff's motion *in limine* A(3), although the issue raised by Plaintiff has been addressed in this opinion. For the reasons stated above and subject to the limitations and explanations noted in this opinion, the Court grants Defendants' motions *in limine* 1,4,5,6,7,8, and 10, grants in part and reserves ruling in part on Defendants' motions *in limine* 3 and 9, and reserves ruling on Defendants' motion *in limine* 2.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | TBK |
|---|---|---|