UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MANUEL DELGADO,** | ) No.  06 C 3757 |
|   **Plaintiff,** | ) |
| vs. | ) Judge Robert M. Dow, Jr. |
| Cook County Deputy Sheriffs WILLIE MAK, #4255, CALVIN FIELDS, #3444, MARTIN LOWERY #1825, Cook County Sheriff MICHAEL SHEAHAN, and the COUNTY of COOK, | ) Magistrate Susan Cox |
|   **Defendants.** | ) |

### PLAINTIFF'S PETITION FOR FEES AND COSTS

Plaintiff Delgado, by and through his attorneys, petitions this Honorable Court pursuant to 42 U.S.C. § 1988 and Rule 54(d)(2) of the Fed. R. Civ. P. for an award of attorneys fees and costs.  In support of Plaintiff Delgado's petition, Plaintiff states as follows:

1. On April 16, 2008, this Honorable Court entered judgment on a jury verdict in favor of Plaintiff Manuel Delgado in the amount of $125,000.00 in compensatory damages against Defendant Cook County Sheriff Deputies Mak, Fields and Lowery.

2. Plaintiff's attorney Joey L. Mogul expended approximately 529.42 hours in the above entitled cause through the end of trial at her hourly rate of $325.00 per hour for a total amount of $172,061.50.  Plaintiff's attorney Ben H. Elson expended approximately 190.8 hours in the above entitled cause through the end of trial at his hourly rate of $200.00 per hour for a total amount of $38,160.00.  John L. Stainthorp, an attorney at the People's Law Office, expended approximately five hours in the above entitled cause at his hourly rate of $400.00 per hour for a total amount of $2,000.00.  Finally, G. Flint Taylor, an attorney at the People's Law Office, expended approximately 15.5 hours in above entitled cause at his hourly rate of $525.00 per hour for a total amount of $8,137.50.

3. Plaintiff Delgado's counsel has expended approximately $18,124.27 in costs in the above entitled matter to date.

4. Plaintiff's counsel is currently beginning the process of complying with rule 54.3 of the Local Rules of the Northern District of Illinois with respect to attorney's fees and expenses. Pursuant to this local rule, the parties are to confer and attempt to agree in good faith on the

amount of fees and expenses to be paid.

     5.  In an attempt to comply with the local rule, the undersigned counsel contacted and briefly spoke with Mr. DiBenedetto to discuss the procedures established by the local rule, and in furtherance of the local rule has forwarded to Mr. DiBenedetto Ms. Mogul's and Mr. Elson's time records and the schedule of costs in the above entitled matter.  In compliance with the local rule, counsel will continue to confer in an attempt to resolve the amount owed with respect to attorneys' fees and costs.

     6.  Plaintiff's counsel, however, out of an abundance of caution, is filing the instant motion to comply with the fourteen day time limit in which to file a motion for attorneys' fees set by Rule 54(d)(2)(B)(i) of the Fed. R. Civ. P.

     WHEREFORE, Plaintiff Delgado respectfully requests this Court grant the parties time to comply with the time line set by local rule 54.3 to resolve attorneys' fees and expenses and if needed at a future date to file a supplemental petition or additional motions to resolve these issues.

                                          Respectfully Submitted,

                                          /s/ Joey L. Mogul
                                          JOEY L. MOGUL
                                          BEN H. ELSON
                                          People's Law Office
                                          1180 N. Milwaukee
                                          Chicago, IL 60622
                                          773/235-0070

                                          Attorneys for Plaintiff Manuel Delgado

Dated: April 29, 2008