**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Manuel Delgado
                Plaintiff,

v.                                      Case No.: 1:06–cv–03757
                                            Honorable Robert M. Dow Jr.

Willie Mak, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 29, 2009:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Memorandum Opinion and Order dated 1/29/09, the Court grants Plaintiffs petition [122] for $226,841.08 in attorneys fees through May 30, 2008 and $18,124.27 in costs.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.