UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MANUEL DELGADO,** ) | No.  06 C 3757 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Judge Robert M. Dow, Jr. |
| Cook County Deputy Sheriffs WILLIE MAK, #4255, ) | |
| CALVIN FIELDS, #3444, MARTIN LOWERY #1825, Cook ) | Magistrate Susan Cox |
| County Sheriff MICHAEL SHEAHAN, and the COUNTY of ) | |
| COOK, ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S SECOND SUPPLEMENTAL PETITION FOR ATTORNEYS' FEES**

Plaintiff Delgado, by and through his attorneys, petitions this Honorable Court pursuant to 42 U.S.C. § 1988, Rule 54(d)(2) of the Fed. R. Civ. P. and this Court's January 29, 2009 Order for an award of attorneys' fees for successfully litigating his supplemental petition for attorneys' fees and costs.  In support thereof, Plaintiff states as follows:

1.  On April 16, 2008, this Court entered judgment on a jury verdict in favor of Plaintiff Manuel Delgado in the amount of $125,000.00 in compensatory damages against Defendant Cook County Sheriff Deputies Mak, Fields and Lowery.  *See* Dkt. 119

2.  On January 29, 2009, this Court granted Plaintiff's petition and supplemental petition for attorneys' fees and costs, finding that Plaintiff obtained an excellent result and should recover a fully compensatory fee.  *See* Dkt. 144, pp. 3, 5.  Accordingly, this Court awarded Plaintiff's attorneys $226,841.08 in attorneys' fees through May 30, 2008 and $18,124.27 in costs.  *See* Dkt. 144, p. 14.

3.  Additionally, this Court gave Plaintiff's attorneys leave to submit a request for compensation for the time expended in preparing and litigating the fee petition since May 30,

1

2008. *See* Dkt. 144, p. 14.

4. Accordingly, pursuant to this Court's January 29, 2009 Order, Plaintiff submits the following hours expended by attorneys Mogul, Elson, and Taylor in preparing and litigating the attorneys' fee petition since May 30, 2008:[1]

| Attorney | Hours | Rate | Totals |
|---|---|---|---|
| Joey Mogul | 41.50 | $325 | $13,487.50 |
| Ben Elson | 46.90 | $200 | $9,380.00 |
| Flint Taylor | 12.00 | $525 | $6,300.00 |
| | | | --------------- |
| | | | $29,167.50 |

(Plaintiff's counsel's time sheets are attached hereto as Group Exhibit A). The additional time sought here is reasonable for the myriad tasks performed in litigating the fee dispute, from the Local Rule 54.3 exchange of information, to drafting the supplemental petition, to responding to Defendants' thirty page brief.

WHEREFORE, Plaintiff Delgado respectfully requests this Court award a total of $29,167.50 in attorneys' fees for the hours reasonably expended in preparing and litigating the attorneys' fees petition since May 30, 2008.

Dated: February 12, 2009                    Respectfully Submitted,

/s/ Joey L. Mogul
JOEY L. MOGUL
BEN H. ELSON
People's Law Office
1180 N. Milwaukee
Chicago, IL 60622
773/235-0070

Attorneys for Plaintiff Manuel Delgado

---

[1] Plaintiff does not include hours expended by Plaintiff's attorneys pursuing the motion to discover the Individual Defendant Officers' assets and the County of Cook's potential conflict of interest. Further, Plaintiff does not include hours expended by John Stainthorp in conference.